In the Matter of the Claim of JOHN MALLORY, Respondent, against AMERICAN BRIDGE COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued April 10, 1933; decided April 25, 1933.)

*Benjamin P. Wheat* and *Kenneth B. Halstead* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.